**No. 60774.**—Ciba Pharmaceutical Products, Inc. *v.* United States, protest 273747–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Ethyl Diodo-Brassidate (Lipoidine Substance), which product is manufactured from fatty acids derived from rapeseed oil, the claim of the plaintiff was sustained.

**No. 60775.**—Tuck High & Co. *v.* United States, protest 284167–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of pickled or salted fish which would now be liquidated at 1¼ cents per pound net weight under paragraph 719 (5), if the entry in question were before the examiner today, the claim of the plaintiff was sustained.

**No. 60776.**—Kurt Gottfried & Co., Inc., et al. *v.* United States, protests 271714–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semi-precious stones, faceted, and (2) the items marked with the letters "B" and "C" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.